ACCEPTED
08-15-00114-CR
EIGHTH COURT OF APPEALS
EL PASO, TEXAS
11/4/2015 9:55:44 AM
DENISE PACHECO
CLERK

# IN THE COURT OF APPEALS

## EIGHTH DISTRICT OF TEXAS

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS
11/4/2015 9:55:44 AM
DENISE PACHECO
Clerk

## AT FORT WORTH

| THE STATE OF TEXAS | § | COA NO | 08-15-00114-CR |
|---|---|---|---|
| V | § | | |
| WADE ALLEN LAURENCE | § | TRIAL COURT NO F46727 | |

## MOTION TO EXTEND TIME
## TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Wade Allen Laurence, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file Appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.     This case is on appeal from the 18th Judicial District Court, Johnson County, Texas; the Honorable John Neill presiding.

2.     The case herein was styled The State of Texas v. Wade Allen Laurence and numbered F46727.

3.     Appellant was charged with the felony offense of obtaining a

controlled substance by fraud.

4.   Appellant was found guilty as charged and received a probated sentence of seven (7) years and assessed a fine in the amount of $4,000.

5.   Motion for New Trial was filed with the Clerk March 16, 2015.

6.   Notice of Appeal was filed with the Clerk March 23, 2015.

7.   Appellant remains at liberty on an appeal bond at this time.

8.   The reporter's record was filed July 29, 2015; the clerk's record was filed March 24, 2015.

8.   Appellant's brief was due to be filed by September 27, 2015.

9.   Appellant requests an extension of time of thirty days from the original due date, i.e. November 27, 2015.

10.   This is the third request for an extension of time to file Appellant's brief in this cause.

11.   Appellant relies on the following facts as good cause for the requested extension:

Due to ongoing health issues and continued day to day treatment, two days of assessments and treatment at MD Anderson in October, as

well as being involved in numerous trials, court appearances, and court proceedings in Tarrant, Parker, Wise, and Johnson counties during the last thirty days, Counsel requires additional time to review his trial notes and complete the Appellant's brief for filing herein.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Court grant this Motion to Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

/s/ Jim Shaw
JIM SHAW

**LAW OFFICE OF JIM SHAW**
916 W. Belknap Street
Fort Worth, Texas 76l02
(8l7) 877-040l   Fax (817) 877-0404
jimshaw@jimshawlaw.com
ATTORNEYS FOR APPELLANT

## CERTIFICATE OF CONFERENCE

This is to certify that personnel in my office have spoken with personnel in the Johnson County District Attorney's office and was advised that their office does not oppose the filing of this motion.

/s/ Jim Shaw
JIM SHAW

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been e-served to David Vernon, Assistant District Attorney, Johnson County District Attorney at davidv@johnsoncountytx.org on this 4th day of November, 2015.

/s/ Jim Shaw
JIM SHAW

## ORDER

On this the _____ day of _____, 2015, came to be heard Appellant's Motion To Extend Time To File Appellant's Brief, and it appears to the Court that this motion should be [granted / denied].

IT IS THEREFORE ORDERED that the time for filing Appellant's brief in this cause be extended to the 27th day of November, 2015.

JUDGE PRESIDING